UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARYANNE LEVESQUE**<br>    Plaintiff | : |
| v. | : CIVIL NO.: 3:01cv1325(DJS) |
| **TOWN OF VERNON, ET AL**<br>    Defendants | : |

**ORDER**

The Plaintiff's Motion To Extend Deadlines (Doc. #38) is hereby **GRANTED in part**. Discovery shall be completed by **January 7, 2004.** Dispositive motions shall be filed by **February 6, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **March 8, 2004.** This case shall be trial ready **April, 2004.**

The Plaintiff's request for a status conference is **DENIED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   6th   day of November, 2003.


  /s/DJS
Dominic J. Squatrito
United States District Judge