**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**MARYANN LEVESQUE**                    :
    **Plaintiff**

    **v.**                    :    **CIVIL NO.: 3:01cv1325(DJS)**

**TOWN OF VERNON, ET AL**            :
    **Defendants**


**ORDER OF REFERENCE TO**
**A UNITED STATES MAGISTRATE JUDGE**

    In the interest of justice, the above identified case is hereby referred to <u>Thomaas P.</u>

<u>Smith</u>, United States Magistrate Judge for the purpose of a settlement conference only.

    Apart from the referral for this limited purpose, all other aspects of this case,

including scheduling and suspension of discovery, shall be the direct responsibility of the

undersigned.  This settlement conference shall not interfere with the filing of the joint trial

memorandum.

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this __14th__ day of January, 2004.


                         __/s/DJS_____

                         Dominic J. Squatrito
                         United States District Judge