UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYANNE LEVESQUE,<br>Plaintiff, | :<br>: CIVIL ACTION<br>: NO. 3-01-CV-1325 (DJS)<br>V. : <br>: <br>TOWN OF VERNON, LAURENCE R. :<br>SCHAFFER, JOHN VAN OUDENHOVE :<br>and DANIEL SULLIVAN, :<br>Defendants. : FEBRUARY 5, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. 7(b), the defendants, Town of Vernon (the "Town"), Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, for good cause shown, respectfully move this Court to extend the current dispositive motion deadline for an additional fourteen (14) days up to and including Friday, February 20, 2004 to file their dispositive motion in this matter. In support of this motion, the undersigned counsel for the Defendants represents the following:

1.  The current deadline for dispositive motions is February 6, 2004. See Order dated November 6, 2003.

2.  On January 14, 2004, the Court granted the parties' request for a referral to Thomas P. Smith, United States Magistrate Judge for the purpose of a settlement

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

conference only.  See Order dated January 14, 2004.  The parties have not yet received a settlement conference date in response to the referral order.

3. The undersigned counsel for the defendants has been diligently working to prepare the defendants' dispositive motion, which will remove and/or narrow the scope of issues for trial in this matter.  The undersigned counsel, however, requires the additional time to complete the motion, including the execution of supporting affidavits.

4. The undersigned counsel for the defendants is scheduled to begin a jury trial in Connecticut Superior Court, Judicial District of Ansonia-Milford at Milford on February 6, 2004.  As such, despite the diligence of the undersigned counsel, the dispositive motion deadline cannot be reasonably met.

5. Accordingly, the defendants respectfully request the Court to enter an order modifying the current dispositive motion deadline of February 6, 2004 and extend it for an additional fourteen (14) days, up to and including February 20, 2004.

6. This is the defendants' second request for extension of the dispositive motion deadline as set forth in the Court's Order dated March 24, 2003.

7. The undersigned counsel has contacted Craig T. Dickenson, Esq. counsel for the Plaintiff, who consents to the extension of the dispositive motion deadline in this matter.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the Defendants respectfully request this Court to grant their motion to extend the dispositive deadline for fourteen (14) days, up to and including Friday, February 20, 2004.

THE DEFENDANTS,
LAURENCE SCHAFFER, JOHN VAN OUDENHOVE, DANIEL SULLIVAN and the TOWN OF VERNON

By _____
James M. Sconzo, Esq.
Fed. Bar # ct04571 and
Kevin R. Brady, Esq.
Fed. Bar # ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. ct22135
Their Attorneys

## CERTIFICATION

This is to certify that on this 5th day of February, 2004, I hereby mailed a copy of the foregoing to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

_____
Kevin R. Brady

511919.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105