UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARYANN LEVESQUE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv1325(DJS) |
| **TOWN OF VERNON, ET AL**<br>    **Defendants** | : |

### ORDER

The Motion for Extension of Time (Doc.#41) is hereby **GRANTED to and including February 20, 2004**. All other dates shall not be modified by this Order.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this   20th   day of February, 2004.


　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　United States District Judge