# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE LEVESQUE,<br>        Plaintiff, | : | CIVIL ACTION<br>NO. 3-01-CV-1325 (DJS) |
| V. | : | |
| TOWN OF VERNON, LAURENCE R.<br>SCHAFFER, JOHN VAN OUDENHOVE<br>and DANIEL SULLIVAN,<br>        Defendants. | :<br><br><br>: | <br><br><br>FEBRUARY 20, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. 56(a), the Defendants, The Town of Vernon (the "Town"), Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, hereby move for summary judgment on all counts of the Complaint dated July 13, 2001.  In support of this Motion, the Defendants have attached a supporting memorandum of law and Local Rule 56(a)(1) Statement.

For the reasons set forth in the attached Memorandum of Law, the Court should grant summary judgment in favor of the Defendants on all counts of the Complaint dated July 13, 2001.

**ORAL ARGUMENT IS REQUESTED**

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
LAURENCE SCHAFFER, JOHN VAN OUDENHOVE, DANIEL SULLIVAN and the TOWN OF VERNON

By_____
James M. Sconzo, Esq.
Fed. Bar # ct04571 and
Kevin R. Brady, Esq.
Fed. Bar # ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. ct22135
Their Attorneys

### **CERTIFICATION**

This is to certify that on this 20th day of February 2004, I hereby mailed a copy of the foregoing to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

_____
Kevin R. Brady

517817.1



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105