## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MARYANNE LEVESQUE,
     Plaintiff,                           :       CIVIL ACTION
                                           NO. 3-01-CV-1325 (DJS)

V.                                    :

TOWN OF VERNON, LAURENCE R.       :
SCHAFFER, JOHN VAN OUDENHOVE
and DANIEL SULLIVAN,
     Defendants.                      :       FEBRUARY 20, 2004

## NOTICE OF MANUAL FILING

Please take notice that the defendants have manually filed the following

documents:

**Exhibits 1 through 31 of the defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated February 20, 2004**

These exhibits have not been filed on a PDF disk because:

The exhibits electronic file size exceeds 1.5 megabytes.

The exhibits have been manually served on all parties.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103



Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

RESPECTFULLY SUBMITTED,

THE DEFENDANTS,
LAURENCE SCHAFFER, JOHN VAN
OUDENHOVE, DANIEL SULLIVAN and
the TOWN OF VERNON


By_____
    James M. Sconzo, Esq.
    Fed. Bar # ct04571 and
    Kevin R. Brady, Esq.
    Fed. Bar # ct22135 of
    HALLORAN & SAGE LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    sconzo@halloran-sage.com
    brady@halloran-sage.com
    Their Attorneys


## **CERTIFICATION**

This is to certify that on this 20th day of February 2004, I hereby mailed a copy of the foregoing to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106


_____
Kevin R. Brady

517973.1

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105