UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8  P 3: 03

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MARYANN LEVESQUE, | |
| Plaintiff | |
| -against- | Civil Action Number<br>3:01 CV 1325 (DJS) |
| The TOWN of VERNON,<br>LAURENCE R. SCHAFFER,<br>in his individual and official capacity,<br>JOHN VAN OUDENHOVE,<br>in his individual and official capacity, and<br>DANIEL SULLIVAN,<br>in his individual and official capacity, | March 8, 2004 |
| Defendants | |

### MOTION ON CONSENT
### FOR EXTENSION OF TIME
### TO OPPOSE SUMMARY JUDGMENT

Pursuant to Rule 9 of the Local Rules of Civil Procedure, the Plaintiff respectfully moves for a thirty-two day extension of time within which to file her opposition to Defendants' Motion for Summary Judgment. Facts relevant to Plaintiff's request are as follows:

1. Defendants' served their Motion for Summary Judgment by mail on February 20, 2004. Accordingly, Plaintiff's opposition papers are presently due on Monday, March 15, 2004. The requested thirty two day extension would provide Plaintiff up to and including Friday, April 16, 2004, to serve and file her opposition papers.

2. Plaintiff's counsel has several matters that prevent them from preparing opposition papers within the current deadline. The most pressing are: a Second Circuit brief that is due on Thursday, March 11, 2004; a hearing before the Connecticut Commission

on Human Rights on Wednesday, March 17, 2004; and a jury trial in the Superior Court of Connecticut that is scheduled to commence on Wednesday, March 31, 2004.

3. This is Plaintiff's first request for an extension of time within which to file her opposition to Defendants' Motion for Summary Judgment.

4. Plaintiff's counsel has discussed these circumstances with defense counsel and they have consented to Plaintiff's request for this extension.

WHEREFORE, the Plaintiff respectfully moves this honorable court for a thirty two day extension of time, up to and including Friday, April 16, 2004, within which to serve and file her opposition to Defendants' Motion for Summary Judgment.

PLAINTIFF, MARYANN LEVESQUE

By: _____
Craig T. Dickinson (CT18053)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
860-246-2466

**CERTIFICATION OF SERVICE**

This is to certify that a copy of the foregoing was mailed this date to all counsel and pro se parties of record, including:

James M. Sconzo, Esq.
Kevin R. Brady, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Craig T. Dickinson