**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MARYANN LEVESQUE**<br>    **Plaintiff** | : |
| **v.** | : **CIVIL NO.: 3:01cv1325(DJS)** |
| **TOWN OF VERNON, ET AL**<br>    **Defendants** | : |

## ORDER

The Motion on Consent for Extension of Time to Oppose Summary Judgment

(Doc.#47) is hereby **GRANTED to and including April 16, 2004**.

   **IT IS SO ORDERED.**

Dated at Hartford, Connecticut this __10th__ day of March, 2004.


                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge