UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LEVESQUE

vs.     No. 3:01cv1325 (DJS)

TOWN OF VERNON

ORDER

A settlement conference shall be held before the undersigned on **April 27, 2004 at 10:00 a.m. Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E. D. Mo. 2000).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this 5th day of April 2004.

_____
**Thomas P. Smith**
**United States Magistrate Judge**

