UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 APR -5 P 2: 13

MARYANN LEVESQUE
    -Plaintiff(s)

-v-                              NO. 3-01 CV 1325 DJS)

TOWN OF VERNON, ET AL
    -Defendant(s)

### ORDER

A settlement conference will be held before the undersigned on **AUGUST 27, 2004, at 10:00 a.m.** Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See **Nick v. Morgan's Foods, Inc.**, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut, this   5th   day of   April, 2004.

                                         Thomas P. Smith
                                         United States Magistrate Judge

*[Handwritten notations in margins: "#9", "WMT", "4/6/04: The order #11 vacated. The conference will be held April 27, 2004 at 10:00 am."]*