UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE LEVESQUE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3-01-CV-1325 (DJS) |
| V. | : | |
| | : | |
| TOWN OF VERNON, LAURENCE R. SCHAFFER, JOHN VAN OUDENHOVE and DANIEL SULLIVAN, | : | |
| Defendants. | : | APRIL 29, 2004 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to D.Conn. L. Civ. R. 9(b), the Defendants, The Town of Vernon (the "Town"), Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, respectfully request an extension of time of seven (7) days, up to and including May 6, 2004, within which to file their Reply memorandum to the plaintiff's memorandum in opposition to defendants' motion for summary judgment dated April 15, 2004.

The defendant requires the additional time in order to properly respond to the numerous issues raised by the Plaintiff's opposition memorandum. This is the Defendant's first request with respect to this time limitation.

The undersigned counsel has contacted, Craig T. Dickenson, Esq., counsel for the Plaintiff, who consents this motion for extension of time.

WHEREFORE, the defendants respectfully request that the Court grant their motion for extension of time.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,
LAURENCE SCHAFFER, JOHN VAN
OUDENHOVE, DANIEL SULLIVAN and
the TOWN OF VERNON


By_____
James M. Sconzo, Esq.
Fed. Bar # ct04571 and
Kevin R. Brady, Esq.
Fed. Bar # ct22135 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar No. ct22135
Their Attorneys

## **CERTIFICATION**

    This is to certify that on this 29th day of April 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106


_____
Kevin R. Brady

544423.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105