UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARYANN LEVESQUE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv1325(DJS) |
| **TOWN OF VERNON, ET AL**<br>    **Defendants** | : |

### ORDER

The Motion for Extension of Time (Doc.#54) to reply to opposition to summary judgment is hereby **GRANTED nunc pro tunc to and including May 6, 2004**.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut this   7th    day of May, 2004.

                                           /s/DJS
                                          Dominic J. Squatrito
                                          United States District Judge