IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE LEVESQUE,<br>　　　Plaintiff, | : | CIVIL ACTION<br>NO. 3-01-CV-1325 (DJS) |
| V. | : | |
| TOWN OF VERNON, LAURENCE R.<br>SCHAFFER, JOHN VAN OUDENHOVE<br>and DANIEL SULLIVAN,<br>　　　Defendants. | :<br><br><br>: | <br><br><br>OCTOBER 15, 2004 |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7(e), the defendants, the Town of Vernon, Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, move for reconsideration of the Court's memorandum of decision filed on October 1, 2004.

**WHEREFORE**, for the reasons set forth in detail in the accompanying memorandum of law, the Court should grant reconsideration and enter summary judgment in favor of defendants in the manner requested.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

      Respectfully submitted,

      **LAURENCE SCHAFFER, JOHN VAN OUDENHOVE, DANIEL SULLIVAN and the TOWN OF VERNON**

  By _____
      James M. Sconzo, Esq.
      CT Fed. Bar No. 04571
      **HALLORAN & SAGE LLP**
      One Goodwin Square
      225 Asylum Street
      Hartford, CT  06103
      Tel. No.:  (860) 522-6103
      Fax No.:  (860) 548-0006
      sconzo@halloran-sage.com

      Their Attorney

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 15th day of October, 2004, a copy of the foregoing was caused to be served via U.S. Mail, postpaid to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT  06106

 

                                                                            _____
                                                                              James M. Sconzo

603097.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105