## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARYANNE LEVESQUE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 3-01-CV-1325 (DJS) |
| V. | : | |
| | : | |
| TOWN OF VERNON, LAURENCE R. SCHAFFER, JOHN VAN OUDENHOVE and DANIEL SULLIVAN, | : | |
| Defendants. | : | NOVEMBER 24, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. 7(b), the Defendants, Town of Vernon (the "Town"), Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, for good cause shown, respectfully move this Court to extend the current joint trial memorandum deadline to Friday, February 11, 2005.  The Defendants request the Court to extend the deadline for an additional fourteen (14) days following the settlement conference scheduled for January 28, 2005 before the Honorable Thomas P. Smith to facilitate settlement negotiations in this case.  In support of this motion, the undersigned counsel for the Defendants represents the following:

1.   The current deadline for the joint trial memorandum is December 6, 2004. See Order dated November 5, 2004 (Doc. # 62).

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2. On August 19, 2004, the parties attended a settlement conference before the Honorable Thomas P. Smith. The parties did not reach a settlement agreement at that time, based on the Defendants' pending motion for summary judgment, among other factors. Judge Smith, however, invited the parties to return to the settlement conference following this Court's ruling on the motion for summary judgment to continue settlement discussions.

3. On November 23, 2004, the undersigned counsel contacted Judge Smith's chambers and received a tentative date of January 28, 2005 to continue the settlement conference. Judge Smith's clerk indicated that a settlement conference order would be issued.

4. The parties require the additional time to prepare the joint trial memorandum in order to facilitate settlement negotiations in this case.

5. This is the defendants' first request for extension of the joint trial memorandum deadline.

6. The undersigned counsel has contacted Craig T. Dickenson, Esq. counsel for the Plaintiff, who consents to the extension of the joint trial memorandum in this matter.

WHEREFORE, the Defendants respectfully request this Court to grant their motion to extend the joint trial memorandum deadline to Friday, February 11, 2005.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE DEFENDANTS,
LAURENCE SCHAFFER, JOHN VAN OUDENHOVE, DANIEL SULLIVAN and the TOWN OF VERNON

By_____
   James M. Sconzo, Esq.
   Fed. Bar # ct04571 and
   Kevin R. Brady, Esq.
   Fed. Bar # ct22135 of
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Federal Bar No. ct22135
   Their Attorneys

## CERTIFICATION

This is to certify that on this 24th day of November, 2004, I hereby mailed a copy of the foregoing to:

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

_____
Kevin R. Brady

620866.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105