## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARYANNE LEVESQUE,<br>    Plaintiff, | :<br>:   CIVIL ACTION<br>:   NO. 3-01-CV-1325 (DJS) |
| V. | :<br>: |
| TOWN OF VERNON, LAURENCE R.<br>SCHAFFER, JOHN VAN OUDENHOVE<br>and DANIEL SULLIVAN,<br>    Defendants. | :<br>:<br>:<br>:   January 5, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 15, the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Town of Vernon, Laurence R. Schaffer, John Van Oudenhove and Daniel Sullivan, in the above-captioned matter. Said defendants continue to be represented by James M. Sconzo of Halloran & Sage LLP, and the undersigned will no longer be engaged in the practice of law with that firm after January 7, 2005.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS,

By_____
   Kevin R. Brady of
   HALLORAN & SAGE LLP
   One Goodwin Square
   225 Asylum Street
   Hartford, CT 06103
   Federal Bar No. 23964
   Its Attorneys

## **CERTIFICATION**

This is to certify that on this 5th day of January, 2005, I hereby mailed a copy of the foregoing to:

Craig T. Dickinsons, Esq.
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

_____
Kevin R. Brady

629990_1.DOC



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105