UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARYANNE LEVESQUE,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | No. 3:01 CV 1325 (DJS) |
| V. | : | |
| | : | |
| **TOWN OF VERNON, LAURENCE R.** | : | |
| **SCHAFFER, JOHN VAN OUDENHOVE** | : | |
| and **DANIEL SULLIVAN,** | : | January 26, 2005 |
| Defendants. | : | |

**PLAINTIFF'S MOTION ON CONSENT
TO AMEND SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, the parties respectfully request a 30 day extension of the scheduling order currently in place regarding the filing of a Joint Trial Memorandum and this matter being trial ready.

In support of this motion, Plaintiff states the following:

1. The parties appeared before Magistrate Judge Smith for a Settlement Conference on August 19, 2004. At the time, Defendants' Motion for Summary Judgment was pending. At the conclusion of the conference, mutually agreeable terms were not reached, but the parties agreed to return after the Summary Judgment Motion was decided. A follow-up conference was tentatively scheduled for January 28, 2005.

2. On or about October 1, 2004, the Court rendered its decision granting in part and denying in part Defendants' Motion for Summary Judgment. The parties' cross-motions for reconsideration were denied.

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

3. On or about November 24, 2004, the Defendants filed a motion on consent to amend the scheduling order then in effect so that the Joint Trial Memorandum would not be due until after the January 28, 2005 Settlement Conference.

4. On or about December 1, 2004, the Court granted Defendants' motion and set February 11, 2005 as the deadline for the submission of the Joint Trial Memorandum and March 2005 as the trial ready date.

5. On or about January 14, 2005, Magistrate Smith issued a scheduling order for the follow-up Settlement Conference. The actual date for that conference is now February 15, 2005.

6. Counsel for the parties have discussed this situation and agree that, in order to avoid an unnecessary expenditure of time and resources, it would be preferable to have the deadline for the Joint Trial Memorandum extended until after the February 15, 2005 Settlement Conference with Magistrate Smith.

7. Moreover, Plaintiff's counsel is currently scheduled for jury selection with Judge Nevas on March 7, 2005. As a result, Plaintiff respectfully requests and extension on the Trail Ready date of March 2005.

WHEREFORE the parties respectfully request that the deadline for the submission of the Joint Trial Memorandum be extended from February 11, 2005 until March 11, 2005; and the Trial Ready date be extended from March 2005 until April 2005.

Plaintiff, MaryAnn Levesque

By:_____
    Craig T. Dickinson
MADSEN, PRESTLEY & PARENTEAU LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
Juris No. 415600
Tel. (860) 246-2466

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent by first class mail on this date to the following counsel of record:

James Sconzo, Esq.
HALLORAN & SAGE, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                           _____
                                                           Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com