UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MARYANN LEVESQUE**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:01cv1325(DJS) |
| **TOWN OF VERNON, ET AL**<br>    **Defendants** | : |

### ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders the dismissal of this action shall be **with prejudice**.  This dismissal is without costs to either party.  The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   22nd   day of March, 2005.

                           /s/DJS
                        Dominic J. Squatrito
                        United States District Judge